IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SHARON FRAZIER**                                                                **PLAINTIFF**

**v.**                   **Case No. 2:14-cv-00070 KGB**

**ULESS WALLACE, in his official
and individual capacity, THE CITY OF
MARVELL, and JOHN DOES 1-5,
individually and in their official capacity**                               **DEFENDANTS**

## ORDER

Based on the parties' joint motion to dismiss (Dkt. No. 15), the Court dismisses with prejudice this action.

IT IS SO ORDERED this 8th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE